**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLOS GIOVANNI LOPEZ MALDONADO, | No. 4:26-CV-00870 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN *Pike County Correctional Center*, et al., | |
| Respondents. | |

## ORDER

**APRIL 29, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Lopez Maldonado's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.   The Government **SHALL** provide Lopez Maldonado with an individualized bond hearing at which he may present evidence on or before Wednesday, May 13, 2026. If such a bond hearing is not provided by that date, the Government shall release Lopez Maldonado on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

3.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge